UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Donnie Andrews,

        Plaintiff,

vs.                                ORDER ADOPTING
                                   REPORT AND RECOMMENDATION

Minneapolis Park and Recreation
Board,

        Defendants.                    Civil No. 09-2004 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendant's Motion to Enforce the Settlement Agreement [Docket No. 43] is GRANTED.

2. The parties must abide by the terms of the settlement agreement that is set forth at Exhibit O to the Walther Affidavit [Docket No. 46-15].

DATED:    03/11/11                                   s/Patrick J. Schiltz
At Minneapolis, Minnesota                  Patrick J. Schiltz
                                                      United States District Judge